IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**CORNERSTONE MISSIONARY BAPTIST CHURCH,**

    Plaintiff,

v.

**SOUTHERN MUTUAL CHURCH INSURANCE COMPANY**,

    Defendant.

Civil Action No. 5:12-CV-149 (HL)

## ORDER

To assist the Court's analysis of the outstanding motions in this case (Docs. 15, 16, 19, 32, 34), the parties are ordered to file the following items on CM/ECF or to state the reason for their inability to do so:

1) All exhibits to any deposition provided in support for any of the motions listed above or responses thereto;

2) Full-page, color copies of the photographs (preferably in digital format) attached to the reports by Christian Dawkins and Tom Zgraggen, or any similar photographs of Cornerstone's roof and attic the parties might deem useful to the Court's analysis;

3) The diagram mentioned on page 2, note 1 of Defendant's Daubert Motion on Greg Barfield (Doc. 15).

SO ORDERED, this the 7th day of November, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr