# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **CORNERSTONE MISSIONARY BAPTIST CHURCH,**<br><br>    Plaintiff,<br><br>v.<br><br>**SOUTHERN MUTUAL CHURCH INSURANCE COMPANY**,<br><br>    Defendant. | Civil Action No. 5:12-CV-149 (HL) |

## ORDER

The parties have indicated to the Court their desire to conduct mediation in this case. The parties are ordered, should they choose to conduct mediation, to submit a report on the outcome of the mediation to this Court not later than February 28, 2014. The Court delays setting this matter for trial until that date.

**SO ORDERED**, this the 21st day of January, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr